# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL TUBACH,<br><br>          Plaintiff,<br><br>   v.<br><br>LATIMORE, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:10-cv-00209-OWW-DLB PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE<br><br>(Doc. 1) |

Plaintiff Isabel Tubach, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 9, 2010. Plaintiff did not file a motion to proceed in forma pauperis.

28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff became subject to section 1915(g) on March 12, 1999, and is precluded from proceeding in forma pauperis unless she is, at the time the complaint is filed, under imminent danger of serious physical injury.[1]

---

[1] The Court takes judicial notice of the following cases: CV-F-97-5549-OWW-DLB, <u>Tubach v. Gomez</u>, (E.D. Cal.) (dismissed 10/17/1997 as frivolous); CV-F-96-5551-REC-SMS, <u>Tubach v. Farmon,</u> (E.D. Cal.) (dismissed 02/24/1998 as frivolous); (CV-F-98-5603-REC-HGB <u>Tubach v. Rilly,</u> (E.D. Cal.) (dismissed 03/12/1999 as frivolous).

1

1 | The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the
2 | imminent danger exception.[2] Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007). Because
3 | Plaintiff is not under imminent danger of serious physical injury, she is ineligible to proceed in forma
4 | pauperis in this action, and is precluded from proceeding on her complaint absent the submission of
5 | the filing fee in full.

6 | Based on the foregoing, it is HEREBY ORDERED that this action is dismissed, without
7 | prejudice to re-filing if accompanied by the $350.00 filing fee.

8 | IT IS SO ORDERED.

9 | **Dated:   February 12, 2010**          /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff's claim in this action arises from harassment at the Central California Women's Facility. The Court expresses no opinion on the merits of Plaintiff's claim.